118 A.3d 347

PETER WEISS, PLAINTIFF–RESPONDENT, v. NICOLA PORCHET-
TA CO. OF NEW JERSEY, INC.; NICOLA PORCHETTA;
CHRISTINA PORCHETTA (A/K/A CHRISTINE M. MCKOWEN
PORCHETTA), DEFENDANTS–PETITIONERS, AND STATE OF
NEW JERSEY; UNITED STATES OF AMERICA, DESIGNER
SOURCE, INC.; BCP HOLDINGS, INC.; TILCON NEW YORK,
INC. AND PSE & G, DEFENDANTS.

July 20, 2015.

Denied.

118 A.3d 348

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v.
IDRIS R. PERRY, DEFENDANT–RESPONDENT.

AND OTHER RELATED CASES

July 29, 2015.

Denied.

118 A.3d 348

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. TAMMY
M. MCINTYRE, DEFENDANT–RESPONDENT.

AND OTHER RELATED CASES

July 29, 2015.

Denied.